petition for certiorari, not involving an adjudication on the merits. I fully share my Brother BLACK'S view that the issues in this case are important and that certiorari should be granted.

No. 1145. MATTEL, INC. *v.* DUNCAN ET AL. Sup. Ct. Cal. Certiorari denied. *Albert M. Herzig* for petitioner. *Collins Mason* for respondents.

No. 1150. GILLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Joseph S. Bambacus* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States. ▮

No. 1185. MEYER ZAUSNER SALES, INC. *v.* FREEMAN, SECRETARY OF AGRICULTURE. C. A. 2d Cir. Certiorari denied. *Donald J. Cohn* for petitioner. *Solicitor General Marshall* for respondent. ▮

No. 851, Misc. JACKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 1332, Misc. MINTZER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Orestes J. Mihaly* and *David Clurman,* Special Assistant Attorneys General, and *Michael Rauch,* Deputy Assistant Attorney General, for respondent.

No. 1260, Misc. PRICE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. ▮